CARL JOHNSON, Appellant, v. CERTAIN-TEED PRODUCTS CORPORATION, Respondent.— Judgment affirmed, with costs. All concur. (The judgment was entered upon an order dismissing the complaint in an action for personal injuries, namely, contracting silicosis.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

KATHRYN O'NEIL, Appellant, v. THE METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an action upon a group life insurance policy.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

DOMENIC DAURIZIO and Others, Respondents, v. THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Appellant.— Order modified, without costs, and as modified affirmed, without costs. All concur. (The order directs examination of a doctor before trial in an action for personal injuries. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

RAYMOND P. FOWLER, Appellant, v. PHILIP M. KING, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants leave to serve an amended answer pleading usury in an action to recover moneys advanced to defendant.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ALICE MCQUADE, as Administratrix, etc., of STEPHEN MCQUADE, Deceased, Respondent, v. CORNELL CONTRACTINC CORPORATION, Defendant, and JAMES R. HORTON, Appellant.— Order reversed, with ten dollars costs and disbursements, on the authority of Hodges v. Bewley Truesdale Contracting Co., Inc. (231 App. Div. 495). All concur. (The order denies a motion to vacate a previous order bringing in a new party defendant. The action is brought to recover for death of plaintiff's intestate who was electrocuted while operating a crane.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

WILLIAM H. WOOD, Appellant, v. WILLIAM H. UTTER, Individually and as Executor, etc., of BENJAMIN W. UTTER, Deceased, and the OLEAN PAPER BOX COMPANY, Respondents.— Order of March 13, 1935, requiring plaintiff to serve a bill of particulars, affirmed, with ten dollars costs and disbursements; order of March 13, 1935, modifying plaintiff's notice of examination before trial modified and as modified affirmed, without costs; order of May 6, 1935, affirmed, with ten dollars costs and disbursements, with leave to serve reply within ten days upon payment of the costs of the motion and ten dollars costs of this appeal. All concur. (One order requires plaintiff to serve a bill of particulars; the second order modifies plaintiff's notice of examination before trial; the third order strikes out plaintiff's reply as insufficient in law. The action is a derivative action by a stockholder to obtain an accounting for moneys misappropriated.) Present —Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.